# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00513-CR

**Corey Michael Boling, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR03-150, HONORABLE CHARLES RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Corey Michael Boling perfected an appeal from his conviction for theft. The clerk's fee has not been paid and the clerk's record has not been filed. *See* Tex. R. App. P. 35.3(a). The Court notified appellant's attorney that the appeal would be dismissed if the clerk's record was not paid for by November 27, 2006. The Court received no response to this notice and payment has not been made. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Prosecution

Filed:   December 19, 2006

Do Not Publish